**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 09a0469n.06

**No. 08-1397**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| LEONARD ARTHUR STRICKLAND, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| V. | ) | THE WESTERN DISTRICT OF |
| | ) | MICHIGAN AT GRAND RAPIDS |
| | ) | |
| | ) | |
| PATRICIA L. CARUSO, M.D.O.C., Director | ) | |
| | ) | OPINION |
| Defendant-Appellee. | ) | |
| | ) | |
| | ) | |

**FILED**
**Jul 08, 2009**
LEONARD GREEN, Clerk

BEFORE:    MOORE and McKEAGUE, Circuit Judges; FORESTER, Senior District Judge.[*]

FORESTER, Senior District Judge.

Plaintiff-Appellant, Leonard Arthur Strickland, a *pro se* Michigan prisoner, appeals a district court order granting the defendants' motion to dismiss his civil rights suit filed under 42 U.S.C. § 1983. The district judge here dismissed the complaint *sua sponte* for failure to state a claim, without service to the defendant. In light of this court's recent decision in *Jones v. Caruso*, — F.3d —, 2009 WL 1750629 (6th Cir. June 23, 2009), this disposition is not proper. Therefore, we **VACATE** the judgment and **REMAND** the case to the district court for further proceedings consistent with the decision in *Jones*.

---

[*]    The Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.

**McKeague, J., concurring.**  I agree that *Jones v. Caruso*, – F.3d –, 2009 WL 1750629 (6th Cir. June 23, 2009), requires us to remand for further proceedings.  For the reasons set out in my dissent from that opinion, however, I remain convinced that the *Jones* majority opinion erred in its analysis of the Michigan Department of Correction's regulation of Uniform Commercial Code materials.